O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7755 AHM (VBKx) | Date | January 7, 2009 |
|---|---|---|---|
| Title | ROSA N. CACERES v. HOMEQ SERVICING, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

Defendants Barclays Capital Real Estate, Inc. dba HomEq Servicing (erroneously sued as HomEq Servicing) have filed a motion to dismiss the complaint or, in the alternative, for a more definite statement.  Plaintiff has not filed an opposition.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  Local Rule 7-12.  Moreover, on its face the motion appears to be meritorious.  Accordingly, the Court GRANTS the motion with leave to amend.[1]  Any First Amended Complaint must be filed by not later than January 21, 2009.  Failure to timely file an amended complaint will result in dismissal of this action with prejudice.

No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | | SMO |

---

[1] Docket No. 9.