1  ERIC D. HOUSER #130079
   SARA L. MARKERT #251277
2  HOUSER & ALLISON
   A Professional Corporation                    JS-6
3  9970 Research Drive
   Irvine, CA 92618
4  Telephone:   (949) 679-1111
   Facsimile:   (949) 679-1112
5  Email:       smarkert@houser-law.com

6  Attorneys for Defendant,
7  Barclays Capital Real Estate, Inc. dba HomEq Servicing erroneously named herein
   as HomEq Servicing.
8

9                 UNITED STATES DISTRICT COURT

10      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

11 ROSA N. CACERES                )  Case No. CV    08-07755 R (VBKx)
                                  )  [Related Group Ctrl No.: CV 08-7196 R
12           Plaintiff,           )  (Ex)] (rn)
13      vs.                       )
                                  )  HON. MANUEL REAL
14 HOMEQ SERVICING and DOES 1-    )
15 50, inclusive,                 )  **ORDER GRANTING MOTION TO**
                                  )  **DISMISS WITH PREJUDICE**
16           Defendants.          )
                                  )  DATE:      March 23, 2009
17                                )  TIME:      10:00 a.m.
                                  )  PLACE:     Courtroom 8
18                                )             312 N. Spring Street,
19                                )             Los Angeles, CA
                                  )
20                                )
21 _____  )

22      Defendant, Barclays Capital Real Estate, Inc. dba HomEq Servicing

23 erroneously sued herein as HomEq Servicing ("HomEq") filed its Motion to

24 Dismiss pursuant to Rule 41 on February 24, 2009.  A hearing on the Motion was

25 originally set for April 6, 2009 in front of the Honorable Howard A. Matz.  The

26 case was subsequently transferred to the Honorable Manuel L. Real. The hearing

27

28                                    1

   _____
   ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

1  on HomEq's Motion to Dismiss was reset and came before the Court on March 23,

2  2009, the honorable Manuel L. Real presiding.

3       Plaintiff, ROSA N. CACERES ("Plaintiff"), failed to file an opposition and

4  did not appear at the hearing on the Motion. Counsel for Defendant also failed to

5  appeared at the hearing. Sara L. Markert of Houser & Allison appeared on behalf

6  of HomEq.

7       The Court having considered the moving papers, its own file, and with good

8  cause showing, orders as follows:

9       The Court GRANTS the above-listed motion, without leave to amend, as

10  stated on the record.

11       The Court FURTHER ORDERS that MW Roth PLC and/or Mitchell Roth,

12  jointly and severally, shall reimburse plaintiff any monies paid to file or pursue this

13  lawsuit.

14       The Court FURTHER ORDERS that MW Roth PLC and/or Mitchell Roth,

15  jointly and severally, shall pay $5,207.79 to Defendant for all attorney's fees and

16  costs incurred in defending this action.

17

18       **IT IS SO ORDERED.**

19

20  Entered this 2nd day of April 2009.

21

22                     _____

23                     HON. MANUEL L. REAL
                     UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28                       2

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE